# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY KIRKLAND,** | : | **CIVIL NO. 1:CV-13-2588** |
| Plaintiff, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **JOHN KERESTES, et al.,** | : | |
| Defendants | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| **BARRY KIRKLAND,** | : | **CIVIL NO. 1:CV-13-2841** |
| Plaintiff, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **JOHN KERESTES, et al.,** | : | |
| Defendants | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

**AND NOW**, this 5th day of December, 2013, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions for leave to proceed in forma pauperis in Civil Action No. 13-CV-2588 (Doc. No. 4) and Civil Action No. 13-CV-2841 are construed to be motions to proceed without full prepayment of the filing fee, and are **granted**.

2. The Clerk of Court is directed to consolidate Kirkland v. Kerestes, et al., Civil No. 1:13-CV-2841 into Kirkland v. Kerestes, et al., Civil No. 1:13-CV-2588, and to close Civil No. 1:13-CV-2841.

3. The consolidated complaint in Civil No. 1:13-CV-2588 is **dismissed** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Any and all pending motions are **denied as moot**.

5. The Clerk of Court is directed to **close this consolidated case**.

6. Any appeal taken from this order will be deemed frivolous, without probable cause and not taken in good faith.

          S/ Yvette Kane
          YVETTE KANE, Judge
          Middle District of Pennsylvania